UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDY R. LOPEZ,<br><br>        Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | 22-CV-2701 (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff, who is proceeding *pro se*, challenged the denial of his claim for disability benefits over one year ago, on April 1, 2022. (Dkt. 2). The Commissioner of Social Security entered an appearance on April 18, 2022. (Dkt. 9).

    This Court's Scheduling Order, issued on July 6, 2022 (Sched. Order) (Dkt. 13), required plaintiff to file his motion for judgment on the pleadings no later than 30 days after the electronic certified transcript of administrative proceedings (e-CAR) was filed. *See* Sched. Order at 2. The e-CAR was filed on December 5, 2022. (Dkt. 20.). However, plaintiff has not yet filed his motion for judgment on the pleadings.

    In light of plaintiff's *pro se* status, plaintiff's deadline to file his motion is hereby EXTENDED to 30 days from the date of this Order, that is, **July 17, 2023**.

    Should plaintiff fail to file his motion by July 17, 2023, the Commissioner must file her motion for judgment on the pleadings and serve it on plaintiff within 30 days after plaintiff's motion was due, that is, no later than **August 16, 2023**. If plaintiff disagrees with the disposition requested by the Commissioner, plaintiff may file an opposition brief and serve it on the Commissioner no later than **August 30, 2023**.

Dated: New York, New York
       June 15, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**